IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BOBBY OTTO POWERS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. CIV-07-661-R |
| ) | |
| WALTER DINWIDDIE, Warden, ) | |
| ) | |
| Respondent. ) | |

## O R D E R

Before the Court is the Report and Recommendation of United States Magistrate Judge Doyle W. Argo entered January 14, 2008.  Doc. No. 13.  No objection to the Report and Recommendation has been filed and Respondent has now filed a Response to the Petition for a Writ of Habeas Corpus.  See Doc. No. 14.  Therefore, the Report and Recommendation of the Magistrate Judge [Doc. No. 13] is ADOPTED, Respondent's motion to dismiss [Doc. No. 9] is DENIED and this matter is again referred to the Magistrate Judge for further proceedings consistent with the original referral order.

ENTERED this 7th day  of February, 2008.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE